# Court of Appeals
# of the State of Georgia

ATLANTA,  August 09, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1689. DAVID MCADOO v. BARBIE MCADOO.

In this divorce proceeding, Barbie McAdoo filed an application for citation of contempt against her ex-husband David McAdoo for, among other things, failure to pay child support and reimburse Barbie for certain expenses. On December 14, 2023, the trial court entered an order finding David in contempt; ordering him incarcerated until he paid the purge amount of $23,944.25 (half the arrearage due); and ordering him to pay at a later date the remaining half of the arrearage due, plus attorney fees. Barbie thereafter filed a motion to enforce the incarceration order, and, on February 14, 2024, the court granted the motion and entered an order for David's immediate arrest and incarceration. David then filed the instant appeal.[1] We, however, lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (2); see also *Norman v. Ault*, 287 Ga. 324, 330-331 (6) (695 SE2d 633) (2010); *Russo v. Manning*, 252 Ga. 155, 155-156 (312 SE2d 319) (1984). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991).

---

[1] David directed his notice of appeal to the Supreme Court of Georgia, which transferred the matter to this Court. See Case No. S24A0976 (May 29, 2024).

Because David failed to file an application for discretionary appeal, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  08/09/2024

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*